

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00234-CR

Amelia M. **ESQUIVEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8571
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                  Sandee Bryan Marion, Justice
                  Marialyn Barnard, Justice

Delivered and Filed:  May 15, 2013

DISMISSED

On May 3, 2013, a motion to dismiss appeal was filed; however, the motion was signed by an attorney who is not appellant's current appellate counsel. On May 6, 2013, a motion to dismiss appeal was filed by appellant's current appellate counsel. The motion is accompanied by an affidavit signed by appellant. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH